AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

GUADALUPE LOPEZ

V.

CAMERON COUNTY, TEXAS, ALEX PEREZ, INDIVIDUALLY AND IN HIS CAPACITY AS THE SHERIFF OF CAMERON COUNTY, CHIEF JOE ELIZARDI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF JAILER OF THE CAMERON COUNTY JAIL, AND ANTONIO VALLEJO, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A PAID INFORMAT OF THE CAMERON COUNTY SHERIFFS DEPARTMENT

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-95-69

United States District Court
Southern District of Texas
FILED

MAY 31 1995

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

JOE ELIZARDI
CHIEF JAILER OF CAMERON COUNTY JAIL
954 E. HARRISON STREET
BROWNSVILLE, TEXAS 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ERIK R. SUNDE
301 W. CLAY
HOUSTON, TEXAS 77019

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

DATE  5-19-95

_Maxine Haza_
BY DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted. _____
_____
_____

☐ Other (specify) _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
         Date              Signature of Server

---

**SENDER**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Joe Elizardi<br>Chief Jailer of<br>Cameron County Jail<br>954 E. Harrison Street<br>Brownsville, Texas 78520 | P 027 668 486 |
| | 4b. Service Type<br>☐ Registered   ☐ Insured<br>☒ Certified    ☐ COD<br>☐ Express Mail ☐ Return Receipt for Merchandise |
| | 7. Date of Delivery<br>5-22-95 |
| 5. Signature (Addressee) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Agent)<br>*[signature]* | |

PS Form 3811, December 1991   ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.