1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE LOPEZ | * | |
|     PLAINTIFF | * | Cause No: B-95-69 |
| | * | |
| V. | * | |
| | * | |
| CAMERON COUNTY, TEXAS, | * | |
| ALEX PEREZ, | * | |
| INDIVIDUALLY AND IN HIS | * | |
| CAPACITY AS THE SHERIFF OF | * | |
| CAMERON COUNTY, CHIEF JOE | * | |
| ELIZARDI, INDIVIDUAL AND | * | |
| IN HIS OFFICIAL CAPACITY AS | * | |
| CHIEF JAILER OF THE | * | |
| CAMERON COUNTY JAIL, AND | * | |
| ANTONIO VALLEJO, JR., | * | |
| INDIVIDUALLY AND IN HIS | * | |
| OFFICIAL CAPACITY AS A PAID | * | |
| INFORMANT OF THE CAMERON | * | |
| COUNTY SHERIFFS DEPARTMENT, | * | |
|     DEFENDANTS | * | |

United States District Court
Southern District of Texas
FILED

JUL 10 1995

Michael N. Milby
Clerk of Court

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW the above-named Plaintiff and make this verified motion for continuance and say that he cannot go to trial in this case at its present setting, and in support thereof shows:

**I.**

This case is presently set for hearing on July 11, 1995 at 8:00 a.m.

**II.**

    Attorney for Plaintiff has a conflict with a trial setting in Houston in cause number H-94-CR-211and is unavailable for the hearing in this case and respectfully, requests that the case be set for a later date.

## III.

This Motion is unopposed by Defendants.

## IV.

This continuance is not sought for delay, but that justice may be done.

WHEREFORE, Plaintiff request that the above-entitled and numbered cause be removed from its present setting and set for another date.

Respectfully submitted,

*Erik R. Sunde, by Ben Neece w/ permission*

ERIK R. SUNDE
301 W. CLAY
HOUSTON, TEXAS 77019
TEL: 713/942-2039
ATTORNEY-IN-CHARGE
STATE BAR NO. 00785523
FEDERAL I.D. NO. 16369

## CERTIFICATE OF SERVICE

I, Erik R. Sunde, hereby certify that a true and correct copy of the foregoing document was hand delivered to Hon. Richard Burst, Assistant District Attorney, 974 E. Harrison Street, Brownsville, Texas 78520, on this 10th day of July, 1995, by regular mail.

*Erik R. Sunde, by Ben Neece w/ permission*

ERIK R. SUNDE

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 6(c), I have conferred with opposing counsel and he is not opposed to the relief requested herein.

*Erik R. Sunde, by Ben Neece w/ permission*
ERIK R. SUNDE

## SUBMISSION DATE

This Plaintiff requests that this pleading be submitted to the presiding Judge for consideration on the _____ day of _____, 1995.

*Erik R. Sunde, by Ben Neece w/ permission*
ERIK R. SUNDE

ClibPDF - www.fastio.com