SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 1 4 1995

MICHAEL N. MILBY, Clerk
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 11, 19.5

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GUADALUPE LOPEZ            *
            PLAINTIFF      *      Cause No: B-95-69
                           *
      V.                   *
                           *
CAMERON COUNTY, TEXAS,     *
ALEX PEREZ,                *
INDIVIDUALLY AND IN HIS    *
CAPACITY AS THE SHERIFF OF *
CAMERON COUNTY, CHIEF JOE  *
ELIZARDI, INDIVIDUAL AND   *
IN HIS OFFICIAL CAPACITY AS *
CHIEF JAILER OF THE        *
CAMERON COUNTY JAIL, AND   *
ANTONIO VALLEJO, JR.,      *
INDIVIDUALLY AND IN HIS    *
OFFICIAL CAPACITY AS A PAID *
INFORMANT OF THE CAMERON   *
COUNTY SHERIFFS DEPARTMENT, *
            DEFENDANTS     *

## ORDER

On this the 11th day of July, 1995, the foregoing Unopposed Motion for Continuance came on for consideration, and the Court being of the opinion that the same should be granted,

IT IS THEREFORE ORDERED that Plaintiffs' Unopposed Motion for Continuance is granted.

The case will be reset to ~~a date which is convenient to both parties~~ from July 11, 1995, to August 3, 1995, at 2 p.m.

SIGNED FOR ENTRY this the 11th day of July, 1995.

_____
JUDGE PRESIDING