IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1995

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUADALUPE LOPEZ, PLAINTIFF, | § § § | |
| vs. | § § | CAUSE NO. B-95-69 |
| CAMERON COUNTY, TEXAS, ALEX PEREZ, INDIVIDUALLY AND IN HIS CAPACITY AS THE SHERIFF OF CAMERON COUNTY, CHIEF JOE ELIZARDI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF JAILER OF THE CAMERON COUNTY JAIL, AND ANTONIO VALLEJO, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A PAID INFORMANT OF THE CAMERON COUNTY SHERIFF'S DEPARTMENT, DEFENDANTS. | § § § § § § § § § § § § § § § § | A JURY IS DEMANDED |

## UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS

TO THE HONORABLE JUDGE OS SAID COURT:

COMES NOW the above-named Plaintiff and files this his motion to continue the hearing date for the motion to dismiss filed by the Defendants in this case and in support thereof would show as follows:

I.

This matter is set for hearing on August 3, 1995. For the last approximately four weeks, among undersigned counsel's normal obligations, counsel has been extensively involved in the

preparation of a massive appeal to the United States Court of Appeals for the Fifth Circuit, appellate Cause No. 94-20685, U.S.A. v. Torres, et al. This was an appeal from a six week complex conspiracy and continuing criminal enterprise case that involved more than fifty four (54) volumes of record and transcript. The brief has just been filed with the Court of Appeals. The demands of preparing this brief have prevented counsel from timely completing the response to the motion to dismiss filed by Defendants.

II.

Counsel has conferred with Mr. Richard Burst, counsel for Defendants, and Defendants are not opposed to the granting of this motion. Additional, both sides are in agreement that no discovery shall take place until the motion to dismiss has been ruled upon by the Court.

WHEREFORE, premises considered,, Plaintiff prays this Court grant this motion and set the date for hearing the Defendants' motion to dismiss at a later time.

Respectfully Submitted,

ERIK R. SUNDE
ATTORNEY-IN-CHARGE
FEDERAL I.D. NO. 16369
TX. BAR NO. 00785523
301 W. CLAY
HOUSTON, TEXAS 77019
(713) 942-2039 PHONE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing motion has been served upon Mr. Richard Burst, Cameron County District Attorney's Office, by hand delivery, on this the 2nd day of August, 1995.

_____
Erik R. Sunde

## SUBMISSION DATE

This Plaintiff requests that the Defendants' motion to dismiss be submitted for consideration on the _____ day of _____, 1995.

_____
Erik R. Sunde

ClibPDF - www.fastio.com