/

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
8-3-95
MICHAEL N. MILBY, CLERK

THE HONORABLE **FIDENCIO G. GARZA, JR.**, JUDGE PRESIDING
PAUL HAJJAR

PRETRIAL CONFERENCE

CIVIL ACTION  B-95-069         DATE  August 3, 1995         TIME  2:00 P.M.

GUADALUPE LOPEZ                              PLAINTIFF(S)   ERIK R. SUNDE
                                             COUNSEL

VS.

CAMERON COUNTY, TEXAS, ET AL                 DEFENDANT(S)   RICHARD O. BURST, Asst. County Atty
                                             COUNSEL

TELEPHONIC CONFERENCE HELD.  PARTIES AGREED TO:

1. CONTINUE THE INITIAL PRETRIAL CONFERENCE TO SEPTEMBER 20, 1995 AT 2:00 P.M.;

2. POSTPONE DISCOVERY UNTIL AFTER A FINAL RULING IS MADE ON DEFENDANTS' MOTION TO DISMISS;

3. PLAINTIFF WILL FILE AN AMENDED COMPLAINT ON OR BEFORE AUGUST 25, 1995;

4. DEFENDANTS COULD REURGE THEIR MOTION TO DISMISS ON OR BEFORE SEPTEMBER 5, 1995; AND

5. PLAINTIFF SHALL RESPOND TO THE MOTION TO DISMISS, IF REURGED, ON OR BEFORE SEPTEMBER 15, 1995.