11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 29 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. B-95-69 |
| | ) | |
| CAMERON COUNTY, TEXAS; ALEX | ) | JURY DEMANDED |
| PEREZ, individually and in his official | ) | |
| capacity as Sheriff; JOE ELIZARDI, | ) | |
| individually and in his official capacity | ) | |
| as Chief Jailer; and, ANTONIO VALLEJO, | ) | |
| individually and in his official capacity | ) | |
| as a paid informant, | ) | |
|     Defendants. | ) | |

## MOTION TO REURGE
## RULE 12(B)(6) MOTION TO DISMISS
## OF DEFENDANTS CAMERON COUNTY,
## ALEX PEREZ AND JOE ELIZARDI

TO THE HONORABLE OF SAID COURT:

    NOW COMES, Defendants Cameron County, Texas, Alex Perez, and Joe Elizardi, reurge their Rule 12(b)(6) Motion to Dismiss, and in support thereof show the Court:

1.    On August 3, 1995 a Rule 16 conference was held in which Plaintiff was given until August 25, 1995, to file an Amended Complaint, and these Defendants were given until September 5, 1995, to reurge their Motion to Dismiss.

2.    As of August 29, 1995, on inquiry of the Court Clerk's Office, Plaintiff has not filed an Amended Complaint.

3.    These Defendants, therefore, reurge their Rule 12(b)(6) Motion to Dismiss as previously filed on June 1, 1995.

    WHEREFORE, Cameron County, Alex Perez and Joe Elizardi pray the Court render a

decision sustaining the Rule 12(b)(6) Motion To Dismiss of these Defendants filed on June 1, 1995.

Respectfully submitted,

LUIS V. SAENZ
CAMERON COUNTY ATTORNEY
Cameron County Courthouse
974 East Harrison Street
Brownsville, Texas 78520

_____
Richard O. Burst
Assistant County Attorney
Texas State Bar #00785586
S.D. No. 15515

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been forwarded via Certified Mail, Return Receipt on this the 29 day of August, 1995 to:

Mr. Erik R. Sunde
301 W. Clay
Houston, Texas 77019

_____
Richard O. Burst

ClibPDF - www.fastio.com