IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 18 1995

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUADALUPE LOPEZ, <br> PLAINTIFF, | § § § | |
| vs. | § § | CAUSE NO. B-95-69 |
| CAMERON COUNTY, TEXAS, <br> ALEX PEREZ, <br> INDIVIDUALLY AND IN HIS <br> CAPACITY AS THE SHERIFF OF <br> CAMERON COUNTY, CHIEF JOE <br> ELIZARDI, INDIVIDUALLY AND <br> IN HIS OFFICIAL CAPACITY AS <br> CHIEF JAILER OF THE <br> CAMERON COUNTY JAIL, AND <br> ANTONIO VALLEJO, JR., <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY AS A PAID <br> INFORMANT OF THE CAMERON <br> COUNTY SHERIFF'S DEPARTMENT, <br> DEFENDANTS. | § § § § § § § § § § § § § § | A JURY IS DEMANDED |

## UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the above-named Plaintiff and files this his Unopposed Motion for Leave to File Response to Defendants' Motion to Dismiss and in support thereof would show as follows:

I.

By agreement of the Parties, this Response was due to be filed Friday, September 15, 1995. Undersigned counsel has been involved in a tax fraud trial in The United States District

Court for the Southern District of Texas, Houston Division, before the Hon. John Rainey the week of September 11, 1995. Due to the constraints of this trial, undersigned counsel was unable to file this Response on the date agreed upon by the parties.

II.

Counsel has conferred with Mr. Richard Burst, counsel for Defendants, and Defendants are not opposed to the granting of this motion.

WHEREFORE, premises considered,, Plaintiff prays this Court grant this motion and permit Plaintiff to file this Response.

Respectfully Submitted,

*Erik R. Sunde by Ben Neece w/ permission*

ERIK R. SUNDE
ATTORNEY-IN-CHARGE
FEDERAL I.D. NO. 16369
TX. BAR NO. 00785523
301 W. CLAY
HOUSTON, TEXAS 77019
(713) 942-2039 (TEL)
(713) 526-2389 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing motion has been served upon Mr. Richard Burst, Cameron County District Attorney's Office, by hand delivery, on this the 18th day of September, 1995.

*Erik R. Sunde by Ben Neece w/ permission*

Erik R. Sunde

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE LOPEZ, § | |
|     PLAINTIFF, § | |
| § | |
| vs. § | |
| § | CAUSE NO. B-95-69 |
| CAMERON COUNTY, TEXAS, § | |
| ALEX PEREZ, § | |
| INDIVIDUALLY AND IN HIS § | |
| CAPACITY AS THE SHERIFF OF § | A JURY IS DEMANDED |
| CAMERON COUNTY, CHIEF JOE § | |
| ELIZARDI, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY AS § | |
| CHIEF JAILER OF THE § | |
| CAMERON COUNTY JAIL, AND § | |
| ANTONIO VALLEJO, JR., § | |
| INDIVIDUALLY AND IN HIS § | |
| OFFICIAL CAPACITY AS A PAID § | |
| INFORMANT OF THE CAMERON § | |
| COUNTY SHERIFF'S DEPARTMENT, § | |
|     DEFENDANTS. § | |

## ORDER

On this day came on to be heard Plaintiff's Unopposed Motion for Leave to File Response to Defendants' Motion to Dismiss. The Court having considered the same, it is hereby in all things GRANTED.

_____        _____
DATE                          UNITED STATES MAGISTRATE JUDGE