CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

9-20-95

MICHAEL N. MILBY, CLERK

14

THE HONORABLE     JOHN WM. BLACK    , JUDGE PRESIDING

**INITIAL**
PRETRIAL CONFERENCE

CIVIL ACTION  B-95-069        DATE  September 20, 1995         TIME  10:00 A.M.

GUADALUPE LOPEZ                         PLAINTIFF(S)   ERIK R. SUNDE (appeared telephonically)
                                        COUNSEL
                                                       BEN NEECE


VS.

CAMERON COUNTY, TEXAS, ALEX PEREZ,      DEFENDANT(S)
individually & in his official capacity COUNSEL
as Sheriff; and JOE ELIZARDI, individually
and in his official capacity as Chief
Jailer                                                 RICHARD O. BURST, Asst. County Atty.

ANTONIO VALLEJO, individually & in his official
capacity as a paid informant

THE ABOVE NAMED COUNSEL APPEARED FOR THE INITIAL PRETRIAL CONFERENCE.

PLAINTIFF IS WILLING TO WAIVE:  HIS WRONGFUL TERMINATION AND DEFAMATION (causes of action)

ADDITIONAL TIME TO BRIEF THE MOTION TO DISMISS:  PLAINTIFF TILL OCTOBER 2, 1995, AND

                                        DEFENDANT TILL OCTOBER 17, 1995

SCHEDULING ORDER WILL BE ISSUED, IF NEEDED, AFTER THE MOTION TO DISMISS HAS BEEN RULED ON.