## CERTIFICATE OF SERVICE

I, Ben R. Neece, hereby certify that a true and correct copy of the foregoing instrument has been placed in the U. S. Mail, in a correctly stamped and addressed envelope to the Hon. Richard Burst, Cameron County District Attorney's Office, 974 E. Harrison Street, Brownsville, Texas 78520, on this 20th day of September, 1995.

BEN R. NEECE