IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1995

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE LOPEZ, | * |
| PLAINTIFF, | * |
| | * |
| vs. | * |
| | * CIVIL ACTION NO. B-95-69 |
| CAMERON COUNTY, TEXAS, | * |
| ALEX PEREZ, | * |
| INDIVIDUALLY AND IN HIS | * |
| CAPACITY AS THE SHERIFF OF | * A JURY IS DEMANDED |
| CAMERON COUNTY, CHIEF JOE | * |
| ELIZARDI, INDIVIDUALLY AND | * |
| IN HIS OFFICIAL CAPACITY AS | * |
| CHIEF JAILER OF THE | * |
| CAMERON COUNTY JAIL, AND | * |
| ANTONIO VALLEJO, JR., | * |
| INDIVIDUALLY AND IN HIS | * |
| OFFICIAL CAPACITY AS A PAID | * |
| INFORMANT OF THE CAMERON | * |
| COUNTY SHERIFFS DEPARTMENT, | * |
| DEFENDANTS, | * |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE SUPPLEMENTAL RESPONSE TO MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the above-named Plaintiff and files this his unopposed motion for extension of time to file supplemental response to motion to dismiss and in support thereof would show as follows:

1. By agreed order, Plaintiff's supplemental response to the Defendants' Motion to Dismiss is due today, October 02, 1995. Undersigned counsel anticipated the completion of this document on September 29-30, 1995, leaving sufficient time to file the document by its due date.

2. On September 28, 1995, undersigned counsel received word that his client, Mr.

William J. Burton, the plaintiff in Cause Number B-94-34, Burton v. Cameron County, et al., United States District Court for the Southern District of Texas, Brownsville Division, was in critical condition at Valley Regional Hospital in Brownsville, Texas. At 7:30 A.M., September 28, 1995, counsel received word that Mr. Burton had died. Undersigned counsel has been involved with the attendant matters in the death of his client for the last three days and remains involved as this motion is being prepared. Counsel respectfully requests that he be given an additional four days to complete the supplemental response, making the due date October 06, 1995.

3. Counsel has conferred with Mr. Richard Burst, counsel for Defendants, and Defendants are not opposed to the granting of this motion.

WHEREFORE, premises considered, Plaintiff prays that this Court grant this motion and set the due date for Plaintiff's supplemental response as October 06, 1995.

Respectfully submitted,

_Erik R. Sunde by Ben Neary w/ permission_
ERIK R. SUNDE
ATTORNEY-IN-CHARGE
FEDERAL I.D. NO. 16369
TX. BAR NO. 00785523
301 W. CLAY
HOUSTON, TEXAS 77019
(713)942-2039

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served upon Mr. Richard Burst, Cameron County District Attorney's Office, 974 E. Harrison Street, Brownsville, Texas 78520, by hand delivery, on this 02nd day of October, 1995.

_Erik R. Sunde by Ben Neary w/ permission_
ERIK R. SUNDE