IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 6 1995

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE LOPEZ, PLAINTIFF, | |
| vs. | CIVIL ACTION NO. B-95-69 |
| CAMERON COUNTY, TEXAS, ALEX PEREZ, INDIVIDUALLY AND IN HIS CAPACITY AS THE SHERIFF OF CAMERON COUNTY, CHIEF JOE ELIZARDI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF JAILER OF THE CAMERON COUNTY JAIL, AND ANTONIO VALLEJO, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A PAID INFORMANT OF THE CAMERON COUNTY SHERIFFS DEPARTMENT, DEFENDANTS, | A JURY IS DEMANDED |

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE TO MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the above-named Plaintiff and files this his second unopposed motion for extension of time to file supplemental response to motion to dismiss and in support thereof would show as follows:

1. Undersigned counsel filed an original motion for extension of time to file a supplemental response to Defendant's motion to dismiss on October 02, 1995, requesting that this Court extend the time for filing to October 06, 1995. Undersigned counsel anticipated the completion of this

document by this date. Due to the extended responsibilities of counsel in relation to the death of Mr. Burton, as well as counsel's previously scheduled obligations in Houston, Texas, counsel respectfully requests that this Court grant an additional extension for the filing of the supplemental response to October 10, 1995.

2. Counsel has conferred with Mr. Richard Burst, counsel for Defendants, and Defendants are not opposed to the granting of this motion.

WHEREFORE, premises considered, Plaintiff prays this Court grant this motion and set the due date for Plaintiff's supplemental response as October 10, 1995.

Respectfully submitted,

ERIK R. SUNDE   *w/ permission*
ATTORNEY-IN-CHARGE
FEDERAL I.D. NO. 16369
TX. BAR NO. 00785523
301 W. CLAY
HOUSTON, TEXAS 77019
(713)942-2039

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served upon Mr. Richard Burst, Cameron County District Attorney's Office, 974 E. Harrison Street, Brownsville, Texas 78520, by hand delivery, on this 06th day of October, 1995.

ERIK R. SUNDE   *w/ permission*