*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 11 1995

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | * | |
| PLAINTIFF, | * | |
| | * | |
| vs. | * | |
| | * | CIVIL ACTION NO. B-95-69 |
| CAMERON COUNTY, TEXAS, | * | |
| ALEX PEREZ, | * | |
| INDIVIDUALLY AND IN HIS | * | |
| CAPACITY AS THE SHERIFF OF | * | A JURY IS DEMANDED |
| CAMERON COUNTY, CHIEF JOE | * | |
| ELIZARDI, INDIVIDUALLY AND | * | |
| IN HIS OFFICIAL CAPACITY AS | * | |
| CHIEF JAILER OF THE | * | |
| CAMERON COUNTY JAIL, AND | * | |
| ANTONIO VALLEJO, JR., | * | |
| INDIVIDUALLY AND IN HIS | * | |
| OFFICIAL CAPACITY AS A PAID | * | |
| INFORMANT OF THE CAMERON | * | |
| COUNTY SHERIFFS DEPARTMENT, | * | |
| DEFENDANTS, | * | |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the above-named Plaintiff and files this his Unopposed Motion for Leave to File Supplemental Response to Defendants' Motion to Dismiss and in support thereof would show as follows:

I.

This Supplemental Response was due to be filed Tuesday, October 10, 1995. Undersigned counsel has been involved in pretrial matters in both Federal and State Court in Houston, Texas, as

well as handling the affairs of a recently deceased client. Due to the constraints of these matters, undersinged counsel was unable to file this Supplemental Response on the due date.

II.

Consel ahs conferred with Mr. Richard Burst, counsel for Defendants, and Defendants are not opposed to the granting of this motion.

WHEREFORE, premises considered, Plailntiff prays this Court grant this motion and permit Plaintiff to file this Response.

Respectfully submitted,

*Erik R. Sunde* by *Ben Nace w/ Permission*

ERIK R. SUNDE
ATTORNEY-IN-CHARGE
FEDERAL I.D. NO. 16369
TX. BAR NO. 00785523
301 W. CLAY
HOUSTON, TEXAS 77019
(713)942-2039

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served upon Mr. Richard Burst, Cameron County District Attorney's Office, 974 E. Harrison Street, Brownsville, Texas 78520, by hand delivery, on this 11th day of October, 1995.

*Erik R Sunde* by *Ben Nace w/ Permission*

ERIK R. SUNDE

UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL
RESPONSE TO DEFENDANTS' MOTION TO DISMISS                                2