United States District Court
Southern District of Texas
FILED

OCT 18 1995

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. B-95-69 |
| | ) | |
| CAMERON COUNTY, TEXAS; ALEX | ) | JURY DEMANDED |
| PEREZ, individually and in his official | ) | |
| capacity as Sheriff; JOE ELIZARDI, | ) | |
| individually and in his official capacity | ) | |
| as Chief Jailer; and, ANTONIO VALLEJO, | ) | |
| individually and in his official capacity | ) | |
| as a paid informant, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF CERTAIN CAUSES OF ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Guadalupe Lopez and Defendants Cameron County, Joe Elizardi and Alex Perez pursuant to Rule 41(a)(1) of the Federal rules Of Civil Procedure and stipulate to the dismissal of Plaintiff's Causes of Action in Plaintiff's Original Complaint for wrongful termination, state and federal, and for slander, with prejudice to the refiling of the same.

This Stipulation is signed by the respective counsel of all parties who have appeared in the action.

Erik Sunde and Ben R. Neece
Attorneys for Plaintiff,

Ben R. Neece
950 E. Van Buren St.
Brownsville, Texas 78520-7199
(210) 544 4321
Texas Bar No. 1485370

Federal ID No. 4027

For Defendants Cameron County, Alex Perez, and Joe Elizardi

_____
Richard O. Burst
Attorney for Defendants Cameron County, Alex Perez and Joe Elizardi
974 E. Harrison
Brownsville, Texas 78520
(210) 544 0949
Texas Bar No. 00785586
Federal ID No. 15515