MICHAEL N. MILBY, Clerk
By Deputy Clerk
Maurine Garza

United States District Court
Southern District of Texas
FILED

OCT 27 1995

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE LOPEZ | § |
| | § |
| VS | §  CIVIL ACTION NO. B-95-69 |
| | § |
| CAMERON COUNTY, TEXAS, ALEX PEREZ, INDIVIDUALLY AND IN HIS CAPACITY AS THE SHERIFF OF CAMERON COUNTY, CHIEF JOE ELIZARDI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF JAILER OF THE CAMERON COUNTY JAIL, AND ANTONIO VALLEJO, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A PAID INFORMANT OF THE CAMERON COUNTY SHERIFF'S DEPARTMENT | § |

## ORDER OF DISMISSAL

On this day came to be considered the parties' "Stipulation of Dismissal" which the Court will consider as a Motion to Dismiss and the Court being of the opinion said Motion should be granted, it is, therefore,

ORDERED, ADJUDGED and DECREED that the parties' Motion to Dismiss is GRANTED and the above-styled case is DISMISSED with prejudice according to the terms set out in the Settlement Agreement and each party shall bear its own costs.

The Clerk shall send a copy of this Order to counsel for the parties.

DONE at Brownsville, Texas this 27th day of October, 1995.

FILEMON B. VELA
United States District Judge