UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 13 1995

Michael N. Milby, Clerk
By Deputy: Maxine Bary

United States District Court
Southern District of Texas
FILED

NOV 09 1995

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE LOPEZ, <br>     PLAINTIFF, <br><br> vs. <br><br> CAMERON COUNTY, TEXAS, <br> ALEX PEREZ, <br> INDIVIDUALLY AND IN HIS <br> CAPACITY AS THE SHERIFF OF <br> CAMERON COUNTY, CHIEF JOE <br> ELIZARDI, INDIVIDUALLY AND <br> IN HIS OFFICIAL CAPACITY AS <br> CHIEF JAILER OF THE <br> CAMERON COUNTY JAIL, AND <br> ANTONIO VALLEJO, JR., <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY AS A PAID <br> INFORMANT OF THE CAMERON <br> COUNTY SHERIFFS DEPARTMENT, <br>     DEFENDANTS, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br> CIVIL ACTION NO. B-95-69 <br><br><br> A JURY IS DEMANDED |

## NUNC PRO TUNC
## ORDER OF DISMISSAL

On this day came to be considered the parties' "Stipulation of Dismissal" Motion to Dismiss as to certain of Plaintiff's causes of action and the Court being of the opinion said Motion should be granted as to those causes of action, it is, therefore,

ORDERED, ADJUDGED and DECREED that the parties' Motion to Dismiss is GRANTED and the above-styled case is DISMISSED with prejudice only as to Plaintiff's Causes of Action in Plaintiff's Original Complaint for wrongful termination, state and federal, and for slander.

It if further ordered that the Order of Dismissal previously signed on October 27, 1995 is hereby vacated and of no further force or effect.

NUNC PRO TUNC ORDER OF DISMISSAL      1

The Clerk shall send a copy of this Order to counsel for the parties.

DONE at Brownsville, Texas this 9th day of November, 1995.

FILEMON B. VELA
United States District Judge

APPROVED AS TO FORM AND SUBSTANCE:

Erik R. Sunde and Ben R. Neece
Attorneys for Plaintiff

Ben R. Neece
950 E. Van Buren Street
Brownsville, Texas 78520
210/544-4321
Federal I.D. No. 4027
Texas Bar No. 14853700

For Defendants Cameron County, Alex
Perez, and Joe Elizardi

Richard O. Burst
Attorney for Defendants Cameron County
Alex Perez and Joe Elizardi
974 E. Harrison Street
Brownsville, Texas 78520
210/544-0849
Federal I.D. No. 15515
Texas Bar No. 00785586