24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 31 1996

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE LOPEZ,<br>  Plaintiff,<br><br>v.<br><br>CAMERON COUNTY, TEXAS; ALEX<br>PEREZ, individually and in his official<br>capacity as Sheriff; JOE ELIZARDI,<br>individually and in his official capacity<br>as Chief Jailer; and, ANTONIO VALLEJO,<br>individually and in his official capacity<br>as a paid informant,<br>  Defendants. | CAUSE NO. B-95-69<br><br>JURY DEMANDED |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANTS CAMERON COUNTY, ALEX PEREZ AND JOE ELIZARDI

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Richard O. Burst, Attorney in Charge for Defendants Cameron County, Alex Perez and Joe Elizardi in the above-entitled and numbered cause, and files this Unopposed Motion to Substitute Counsel in the following particulars:

For Defendants Cameron County,
Alex Perez and Joe Elizardi:

Commissioners Court Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78528
(210) 550 1448
(210) 544 0801 Facimile

RICHARD O. BURST
Attorney In Charge
Texas State Bar # 00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar # 00786515
S.D. No. 17065

In place of:

LUIS V. SAENZ
CAMERON COUNTY ATTORNEY
Cameron County Courthouse
974 East Harrison Street
Brownsville, Texas 78520

Richard O. Burst
Assistant County Attorney
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Assistant County Attorney
Texas State Bar # 00786515
S.D. No. 17065

On December 17, 1996, the Cameron County Commissioners Court by resolution established the Civil Legal Department of the Commissioners Court to represent the County in its general legal business and to conduct its ordinary civil actions, and hired Richard O. Burst and Dylbia L. Jefferies as counsel effective December 19, 1996, and at that same meeting authorized and directed the substitution of counsel as above set forth.

The purpose of this substitution is not for delay and should cause no delay because the attorney in charge and attorney of counsel for the County remains the same.

The undersigned has conferred with counsel for Plaintiff and with counsel for the other Defendants, if any, and they have no objection to this Motion To Substitute Counsel.

WHEREFORE, Defendant, Cameron County, by vote of the Cameron County Commissioners Court, respectfully prays the Court grant this Motion and make the substitution as

above set forth.

Alex Perez, Defendant

Joe Elizardi, Defendant

For Defendants Cameron County
Alex Perez, and Joe Elizardi:

Commissioners Court Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78528
(210) 550 1448
(210) 544 0801 Facimile

RICHARD O. BURST
Attorney In Charge
Texas State Bar # 00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar # 00786515
S.D. No. 17065

This Substitution of Counsel For Cameron County, Texas, was approve by vote on the Cameron County Commissioners Court at its regular meeting on December 17, 1996.

Gilberto Hinojosa
County Judge for Cameron County

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been forwarded via Certified Mail, Return Receipt on this the 24 day of December, 1996 to:

Mr. Erik R. Sunde
301 W. Clay
Houston, Texas 77019

Richard O. Burst

ClibPDF - www.fastio.com

## CERTIFICATE OF CONSULTATION

The undersigned has conferred with Ben R. Neece, one of the Attornies for Plaintiff. He was informed of this substitution and its purpose and stated he did not oppose it.

_____
Richard O. Burst