(12/4/97--lmv)                                                                    **NOTICE & SETTING**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 04 1997

Michael N. Milby, Clerk of Court

STATUS CONFERENCE------------------------B/4 JUDGE GARZA

Dec 18, 1997-------------------------------------9:30 AM
(Federal Courthouse & Post Office Bldg., 1001 E. Elizabeth, 3rd Floor Courtroom, Brownsville, TX 78520, 956/548-2701)

C.A. NO. B95 069 (FBV)

| | | |
|---|---|---|
| GUADALUPE LOPEZ | * | Erik R Sunde and Ben R Neece |
| VS | * | |
| CAMERON COUNTY, TEXAS | * | Richard O Burst and Dylbia L Jefferies |
| ALEX PEREZ, Individually and in his official capacity as Sheriff | * | |
| JOE ELIZARDI, Individually and in his official capacity as Chief Jailer | * | " |
| AND ANTONIO VALLEJO, Individually and in his official capacity as a paid informant | * | |