United States District Court
Southern District of Texas
ENTERED
DEC 19 1997
N. Milby, Clerk of Court
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 17 1997
Michael N. Milby, Clerk

| | |
|---|---|
| GUADALUPE LOPEZ, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. B-95-69 |
| ) | |
| CAMERON COUNTY, TEXAS; ALEX ) | JURY DEMANDED |
| PEREZ, individually and in his official ) | |
| capacity as Sheriff; JOE ELIZARDI, ) | |
| individually and in his official capacity ) | |
| as Chief Jailer; and, ANTONIO VALLEJO, ) | |
| individually and in his official capacity ) | |
| as a paid informant, ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

On the 17th day of December, 1996, came to be considered the Unopposed Motion To Substitute Counsel For Defendants Cameron County, Alex Perez and Joe Elizardi filed in the above entitled and numbered cause, and the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED AND DECREED that substitution be GRANTED and that Richard O. Burst, as Attorney in Charge for Defendants Cameron County, Alex Perez and Joe Elizardi, and that Dylbia Jefferies, as Attorney of Counsel for Defendants Cameron County, Alex Perez and Joe Elizardi be substituted of record for Luis V. Saenz, Cameron County (Criminal District) Attorney, Richard O. Burst, Assistant County Attorney, and Dylbia Jefferies, Assistant County Attorney.

Judge Presiding