```
COURTROOM MINUTES                                          United States District Court
MAGISTRATE        FIDENCIO G. GARZA, JR.      PRESIDING    Southern District of Texas
                                                                    FILED
COURTROOM CLERK   GUADALUPE VEGA
                                                              DEC 18 1997
COURT REPORTER/TAPE NO.: LUCIA GOMEZ, ERO
LAW CLERK         PAUL HAJJAR                               Michael N. Milby, Clerk
INTERPRETER  _____
U. S. MARSHAL     ALAN FRY, CSO              DATE: DECEMBER 18, 1997
```

CIVIL ACTION NO.  B-95-069  (FBV)

GUADALUPE LOPEZ                                    ERIK SUNDE

VS.

CAMERON COUNTY, TEXAS, ALEX PEREZ, Individually    RICHARD O. BURST
an in his official capacity as Sheriff, and
JOE ELIZARDI, Individually and in his official        "   "   "
capacity as Chief Jailer, and
ANTONIO VALLEJO, Individually and in his official     "   "   "
capacity as a paid informant

DOCKET ENTRY: PROCEEDING        STATUS CONFERENCE

STATUS CONFERENCE HELD WITH THE ABOVE-NMED COUNSEL. COURT DECLINES RULING ON THE 12(b)(6)

MOTION TO DISMISS AND ORDERED PLAINTIFF TO FILE AN AMENDED COMPLAINT BY FEBRUARY 10, 1998.

DEFENDANTS CAN FILE THEIR MOTION FOR SUMMARY JUDGMENT AND RAISE THEIR LEGAL ARGUMENTS AT

THAT STAGE.