United States District Court
Southern District of Texas
FILED

MAR 25 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE LOPEZ, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAMERON COUNTY, TEXAS; ALEX )<br>PEREZ, individually and in his official )<br>capacity as Sheriff; JOE ELIZARDI, )<br>individually and in his official capacity )<br>as Chief Jailer; and, ANTONIO VALLEJO, )<br>individually and in his official capacity )<br>as a paid informant, )<br>    Defendants. ) | CAUSE NO. B-95-69<br><br>JURY DEMANDED |

## UNOPPOSED
## MOTION FOR LEAVE OF COURT
## TO FILE ANSWER OUT OF TIME

Defendants move the Court for leave to file their answer out of time. The undersigned conferred with Erik Sunde, Attorney for Plaintiff, on February 25, 1998, and advised him of the reasons for delay in filing the answer and after such telephone conference, Plaintiff's Attorney stated he would not oppose this motion.

WHEREFORE, Defendants pray this Court grant them leave to file their Answer out of time.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: 210/550-1345
Facsimile: 210/550-1348

BY: _____

Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, Erik R. Sunde, 301 W. Clay, Houston, Texas 77019, on this 26 of March, 1998.

Richard O. Burst