IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. B-95-69 |
| | ) | |
| CAMERON COUNTY, TEXAS; ALEX | ) | JURY DEMANDED |
| PEREZ, individually and in his official | ) | |
| capacity as Sheriff; JOE ELIZARDI, | ) | |
| individually and in his official capacity | ) | |
| as Chief Jailer; and, ANTONIO VALLEJO, | ) | |
| individually and in his official capacity | ) | |
| as a paid informant, | ) | |
| Defendants. | ) | |

## ELIZARDI'S AND PEREZ' MOTION TO STAY DISCOVERY

Defendants Elizardi and Perez move the Court to stay discovery in the above case until the Court rules on Elizardi's and Perez' threshold issue of immunity:

1. Elizardi and Perez have raised qualified immunity in their Rule 12(b)(6) Plea and as an affirmative defense filed at the same time as this motion.

2. The issue of qualified immunity is a threshold question. *Boyd v. Biggers*, 31 F.3d 279, 284 (5th Cir. 1994).

3. Elizardi and Perez are entitled to a stay of discovery until this threshold question is determined by the Court. *Schultea v. Wood*, 47 F.3d 1427, 1434 (5th Cir. 1995).

WHEREFORE, PREMISES CONSIDERED, Defendants Elizardi and Perez pray this Court stay discovery in this case until after the Court's ruling on the theshold issue of qualified immunity.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: 210/550-1345
Facsimile: 210/550-1348

BY: /s/ Richard O. Burst
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, Erik R. Sunde, 301 W. Clay, Houston, Texas 77019, on this 26 of March, 1998.

/s/ Richard O. Burst