32

United States District Court
Southern District of Texas
ENTERED

NOV 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE LOPEZ, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. B-95-69 |
| ) | |
| CAMERON COUNTY, TEXAS; ALEX ) | JURY DEMANDED |
| PEREZ, individually and in his official ) | |
| capacity as Sheriff; JOE ELIZARDI, ) | |
| individually and in his official capacity ) | |
| as Chief Jailer; and, ANTONIO VALLEJO, ) | |
| individually and in his official capacity ) | |
| as a paid informant, ) | |
|    Defendants. ) | |

## ORDER STAYING DISCOVERY

ON THIS 19TH day of NOV, 1998, came on for hearing the Motion To Stay Discovery of Defendants Elizardi and Perez, and the Court being of the opinion that the same should be GRANTED, it is therefore ORDERED that all discovery in this case be stayed pending the Court's ruling on the issue of qualified immunity of Defendants Elizardi and Perez.

SIGNED this 19TH day of NOV, 1998, in Brownsville, Texas.

_____
Judge Presiding