33

United States District Court
Southern District of Texas
ENTERED

NOV 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE LOPEZ, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. B-95-69 |
| ) | |
| CAMERON COUNTY, TEXAS; ALEX ) | JURY DEMANDED |
| PEREZ, individually and in his official ) | |
| capacity as Sheriff; JOE ELIZARDI, ) | |
| individually and in his official capacity ) | |
| as Chief Jailer; and, ANTONIO VALLEJO, ) | |
| individually and in his official capacity ) | |
| as a paid informant, ) | |
| Defendants. ) | |

## ORDER GRANTING LEAVE OF COURT
## TO FILE ANSWER OUT OF TIME

On this day came on to be heard Defendants' Unopposed Motion For Leave of Court to File Answer Out of Time. The Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.

SIGNED on this 19th day of NOV, 1998.

_____
Presiding Judge