35

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUADALUPE LOPEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-95-069 |
| § | |
| CAMERON COUNTY, TEXAS, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                         DATE AND TIME:

**JANUARY 11, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 14, 2000

TO:     MR. BEN NEECE
        MR. ERIC SUNDE
        MR. RICHARD BURST