36

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. __B-95-069__          DATE & TIME: __01-11-01 AT 1:30 P.M.__

GUADALUPE LOPEZ                        PLAINTIFF(S) __BEN NEECE__
                                       COUNSEL      __ERIC SUNDE__

VS.

CAMERON COUNTY, TEXAS, ET AL.          DEFENDANT(S) __RICHARD BURST__
                                       COUNSEL

---

ERO: Gabriel Mendieta
CSO: Emilio Escobedo

Attorneys Ben Neece and Richard Burst appeared.

Defendants filed a Motion for Summary Judgment.

Plaintiff to respond by February 16, 2001.