38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE LOPEZ, § | |
| Plaintiff, § | |
| § | CAUSE NO. B-95-69 |
| VS. § | |
| § | |
| § | JURY DEMANDED |
| CAMERON COUNTY, TEXAS; § | |
| ALEX PEREZ, individually and in his § | |
| official capacity as Sheriff; § | |
| JOE ELIZARDI, individually and in § | |
| His official capacity as Chief Jailer; § | |
| And ANTONIO VALLEJO, individually § | |
| And in his official capacity as a paid § | |
| Informant, § | |
| Defendants. § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JOH BLACK, UNITED STATES MAGISTRATE JUDGE, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Plaintiff Guadalupe Lopez files this his motion for continuance and in support shows as follows:

I.

1. Defendants filed a motion for summary judgment on January 11, 2001. The response date for this motion is February 16, 2001.

2. Undersigned counsel, a resident of Houston, Texas did not receive the Motion for Summary Judgment until his return from New York City approximately one week after the motion was filed. Moreover, counsel was required to leave the Houston area on business in Tampico, Mexico less than one week following his receipt of the motion. Counsel returned from his business trip on February 13, 2001

3.    Counsel is respectfully requesting an additional two (2) weeks to file the response to Defendants' motion. This motion is filed in order to ensure that this Court and the parties have available to them the full extent of Defendant's cooperation, and hence all the facts relevant for sentencing, thereby allowing the most just result to occur.

II.

Undersigned counsel has conferred with Mr. Richard Burst and Mr. Burst is not opposed to the granting of this motion.

III.

For the foregoing reasons, Plaintiff Guadalupe Lopez respectfully requests that the Court grant his motion and continue the due date for the response to Defendants' Motion for Summary Judgment to March 2, 2001.

Respectfully submitted,

*[signature: Erik Sunde by Ben Nsere w/ permission]*

ERIK R. SUNDE
ATTORNEY AT LAW
FED. I.D. NO. 16369
301 W. CLAY
HOUSTON, TEXAS 77019
(713) 942-2039 (TEL)
(713) 942-0368 (FAX)

## CERTIFICATE OF SERVICE

    I, Erik R. Sunde, hereby certify that a copy of the foregoing instrument has been served upon Mr. Richard Burst by hand delivery or United States Mail, on this the ~~16th~~ 19th day of February, 2001.

_____
Erik R. Sunde (by Ben Reece w/ permission)