39

United States District Court
Southern District of Texas
ENTERED

FEB 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | § | |
| Plaintiff, | § | |
| | § | CAUSE NO. B-95-69 |
| VS. | § | |
| | § | |
| | § | JURY DEMANDED |
| CAMERON COUNTY, TEXAS; | § | |
| ALEX PEREZ, individually and in his | § | |
| official capacity as Sheriff; | § | |
| JOE ELIZARDI, individually and in | § | |
| His official capacity as Chief Jailer; | § | |
| And ANTONIO VALLEJO, individually | § | |
| And in his official capacity as a paid | § | |
| Informant, | § | |
| Defendants. | § | |

## ORDER

On this day came on to be heard Plaintiff's Unopposed Motion for Continuance. The Court, having considered the same, it is in all things GRANTED/~~DENIED~~. Plaintiff's response to Defendants' motion for summary judgment is due on March 2, 2001.

DONE and SIGNED this the 23RD day of FEBRUARY, 2001.

HON. JOHN BLACK
UNITED STATES MAGISTRATE JUDGE