41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | § | |
| Plaintiff, | § | |
| | § | CAUSE NO. B-95-69 |
| VS. | § | |
| | § | |
| | § | JURY DEMANDED |
| CAMERON COUNTY, TEXAS; | § | |
| ALEX PEREZ, individually and in his | § | |
| official capacity as Sheriff; | § | |
| JOE ELIZARDI, individually and in | § | |
| His official capacity as Chief Jailer; | § | |
| And ANTONIO VALLEJO, individually | § | |
| And in his official capacity as a paid | § | |
| Informant, | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO STRIKE
## AFFIDAVIT OF JOE ELIZARDI

TO THE HONORABLE JOH BLACK, UNITED STATES MAGISTRATE JUDGE, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Plaintiff Guadalupe Lopez files this his response to Defendants' Motion for Summary Judgment and in support shows as follows:

I.

The Plaintiff asks this Court to strike portions of affidavits submitted in support of the defendants' motion to dismiss or for summary judgment. They each contain inadmissible evidence that is properly stricken, because it is not competent summary judgment proof.

**AFFIDAVIT OF JOE ELIZARDI**

1. <u>Section 1, Second Paragraph.</u> Plaintiff objects to the statement made by Joe Elizardi as it refers to an individual a stranger to this lawsuit and Defendants have failed to show how Benito De La Cruz is related to this lawsuit. Plaintiff objects to the entire paragraph because the

issue of probable cause is a question of law. Joe Elizardi is not qualified to interpret the United States Constitution.

    2. <u>Section 1, Third and Sixth Paragraphs.</u>  Plaintiff objects to these paragraphs insofar as they refer to evidence that is hearsay and inadmissible as set forth by Defendants. There is no mention by Defendants as to how these documents could be made admissible nor is there any mention of the applicable Rule of Evidence.  Because there is no mention or indication as to how the referenced documents are or could be admissible, they constitute inadmissible evidence which cannot be made the subject of a summary judgment motion.  Rule 1005 of the Federal Rules of Evidence requires that the documents be certified in accordance with Rule 902 of the Federal Rules of Evidence or that the documents be testified "to be correct by a witness who has compared it to the original."  There is no indication that that the affiant Joe Elizardi has compared the copied documents to the originals.

2. <u>Section 1, Seventh Paragraph.</u>  Plaintiff objects to the entire paragraph because the issue of probable cause is a question of law. Joe Elizardi is not qualified to interpret the United States Constitution. Additionally, the statement that he intended to arrest the Plaintiff on probable cause is objected to as conclusory and self-serving.

    3. <u>Section 1, Eighth Paragraph.</u>  Plaintiff objects to the second sentence beginning "But, Alex Perez was not..." because Joe Elizardi does not have personal knowledge of what Alex Perez may or may not have had to do with Plaintiff's arrest...."  Also, Plaintiff objects on the ground that the sentence is conclusory.

    4. <u>Section 1, Ninth Paragraph.</u>  Plaintiff objects to the final sentence beginning "I had received formal..." because the statement is self-serving and conclusory. There is no explanation as to what the extent of the training involved was.

<u>Conclusion</u>

For the forgoing reasons, Plaintiff asks this Court to strike the affidavit of Joe Elizardi attached to Defendants' Motion for Summary Judgment.

Respectfully submitted,

_____
ERIK R. SUNDE
ATTORNEY AT LAW
FED. I.D. NO. 16369
301 W. CLAY
HOUSTON, TEXAS 77019
(713) 942-2039 (TEL)
(713) 942-0368 (FAX)

## CERTIFICATE OF SERVICE

I, Erik R. Sunde, hereby certify that a copy of the foregoing instrument has been served upon Mr. Richard Burst by hand delivery or United States Mail, on this the 2d day of March, 2001.

_____
Erik R. Sunde