44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUADALUPE LOPEZ, | § | |
| Plaintiff, | § § § | |
| VS. | § § | |
| CAMERON COUNTY, TEXAS; ALEX PEREZ, individually and in his official capacity as Sheriff; JOE ELIZARDI, individually and in his official capacity as Chief Jailer; and, ANTONIO VALLEJO, individually and in his official capacity as a paid informant, | § § § § § § § § § § | CIVIL ACTION NO. B-95-069 |
| Defendants. | § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a *de novo* review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 30, 2001 should be **ADOPTED**.

IT IS ORDERED that Defendants' Motion for Summary Judgment (Docket No. 37) be **GRANTED** and that plaintiff's lawsuit be **DISMISSED WITH PREJUDICE**

DONE in Brownsville, Texas, on this __14th__ day of __August__, 2001.

Filemon B. Vela
United States District Court Judge